IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WESTCHESTER FIRE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>EDGE ELECTRIC, LLC, TROY LITTLE, PATRICIA STROUD,<br><br>Defendants. | 8:22CV170<br><br>ORDER |

The Court has reviewed Plaintiff's itemization of attorney's fees. The Court requires clarification of a couple matters. First, the hourly rates charged for services reflected on the invoices do not match the amounts stated in the affidavit. The affidavit indicates work is billed at $285 per hour for partners, $265 per hour for associates, and $135 per hour for paralegals. However, the hourly rates stated on the invoices are $260, $240, and $130. Second, it is unclear from the invoices whether work was performed by a partner, associate or paralegal due to the conflicting amounts between the affidavit and the invoices. In addition, the timekeeper summary does not indicate what position each individual listed holds.[1]

**IT IS ORDERED** that Plaintiff shall file a supplemental itemization of fees clarifying these matters. Plaintiff shall file the supplement by November 27, 2023.

Dated this 16th day of November, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge

---

[1] The Court does not know if those listed in the timekeeper summary of the invoices are partners or associates. The affidavit does not provide the positions of these individuals, nor does the timekeeper summary. While one may assume those that are at a higher rate of pay are partners, the Court cannot assume this to be the case.