IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WESTCHESTER FIRE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>EDGE ELECTRIC, LLC; TROY LITLE; and PATRICIA STROUD<br><br>Defaulted Defendants. | 8:22CV170<br><br><br><br>ORDER |

This matter is before the court on Plaintiff's Motion for Extension of Time to Serve Troy Little. (Filing No. 58). Plaintiff requests a continuance of the show cause hearing scheduled for April 28, 2025 to allow additional time to perfect personal service on Little. Plaintiff's request is supported by evidence of several unsuccessful attempts to serve Little at no fewer than six locations. For good cause shown,

IT IS ORDERED:

1. Plaintiff's Motion for Extension of Time to Serve Troy Little is granted. (Filing No. 58). The hearing set for April 28, 2025 is **continued** and will be held before The Honorable Susan M. Bazis, United States District Judge, in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska at **8:30 a.m.** on **May 28, 2025**, at which time the defendant Troy Little shall appear in person and show cause as to why he should not be found in contempt based upon the certified facts contained in Filing No. 57 and why the requested relief, including a bench warrant for his arrest, should not issue.

2. Upon proper service, and should defendant Troy Little fail to appear on the date and time as ordered, the district court may issue a bench warrant for his arrest at which time he may be detained until the matter comes on for further hearing with the district court.

3. Plaintiff Westchester Fire Insurance Company shall serve a copy of the Certification of Facts and Order to Show Cause ([Filing No. 57](Filing No. 57)) and this Order on defendant Troy Little. Such service must be in the form of personal service, with proof of such service provided to the court no later than May 7, 2025. Should service not be made in the form ordered herein by that date, Westchester may move to continue the show cause hearing to allow additional time to perfect service. If granted, this order, as well as the order continuing the hearing setting the new date and time of the hearing, must be personally served on the defendant.

Dated this 26th day of March, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge