IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WESTCHESTER FIRE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>TROY LITTLE,<br><br>Defendant. | 8:22CV170<br><br>ORDER |

    Mr. Little appeared before the Court on June 2, 2025 for a Contempt Hearing. A warrant was issued for Mr. Little's arrest after he failed to appear for a contempt hearing on May 28, 2025. Mr. Little appeared at the hearing without counsel. Plaintiff's attorney, Jeffrey Hegewald, appeared. A hearing was held, and the Court finds Mr. Little has purged himself of contempt sufficiently to justify his release from custody. Therefore, Mr. Little shall be released from the custody of the United States Marshal Service at this time. However, Mr. Little must fully and truthfully respond to Plaintiff's interrogatories and document production requests, as well as comply with the Court's orders to fully purge himself of contempt. Thus, this matter will be continued for further hearing to make sure Mr. Little fully complies with the Court's orders.

    Accordingly,

    **IT IS ORDERED:**

1. Mr. Little shall be released from the custody of the United States Marshal Service. Prior to his release, the Marshal Service shall provide Mr. Little with a copy of this Order and the order setting out Zoom conferencing instructions for the next Zoom hearing.

2. Mr. Little requested that documents be emailed to him. Therefore, Plaintiff shall email its interrogatories and document production requests to Mr. Little at the address Mr. Little provided during the hearing. Plaintiff shall do so by June 6, 2025.

3. Mr. Little shall respond to Plaintiff's interrogatories by June 20, 2025.

4. Mr. Little shall respond to Plaintiff's document production requests by July 7, 2025.

5. A hearing will be held on July 29, 2025, at 10:00 a.m. (central time) (9:00 a.m. mountain time) by Zoom video conferencing. Video conferencing instructions will be entered by separate order.

Dated this 2nd day of June, 2025.

BY THE COURT:

*Susan M Bazis*
Susan M. Bazis
United States District Judge