IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WESTCHESTER FIRE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>    vs.<br><br>EDGE ELECTRIC, LLC and TROY LITTLE,<br><br>            Defendants. | **8:22CV170**<br><br><br>**ORDER** |

This matter is before the Court on the Notice of Compliance (Filing No. 95) filed by Plaintiff Westchester Fire Insurance Company (Westchester). At the last status hearing, Westchester asked the Court to order Defendant Troy Little to provide it with an updated financial statement and a separate affidavit of financial condition. The Court did so. (Filing No. 94). Westchester further indicated that once it had those documents, it would consider Mr. Little to have purged any contempt.

Per the Notice of Compliance, Mr. Little timely provided Westchester the documents it sought. (Filing No. 95 at 1). Accordingly,

**IT IS ORDERED:**

1. Defendant Troy Little has complied with the Court's February 27, 2026 Order and has purged himself of any contempt allegations.

2. The Clerk of the Court shall close this case.

Dated this 20th day of March, 2026.

BY THE COURT:

_Susan M Bazis_
Susan M. Bazis
United States District Judge